**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

---

| | |
|---|---|
| **DEBORAH CLARK and**<br>**EDDIE CLARK,** | |
| | **NO. 4:15-CV-00046** |
| **Plaintiffs,** | |
| | **JUDGE TRAVIS R. MCDONOUGH** |
| **v.** | **MAGISTRATE JUDGE SUSAN K. LEE** |
| **STATE FARM MUTUAL INSURANCE**<br>**COMPANY,** | **JURY DEMAND** |
| **Defendant.** | |

---

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S**
**MOTION TO DISMISS**

---

Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), moves this Honorable Court for entry of an Order dismissing plaintiff Deborah Clark's and Eddie Clark's claims of relief pursuant to breach of contract, bad faith and breach of covenant of good faith and fair dealing, fraud, unfair and deceptive trade practices in violation of the common law and/or the Tennessee Consumer Protection Act, and the Tennessee bad faith statute. As grounds for and in support of this Motion, State Farm would incorporate by reference the memorandum of law filed simultaneously herewith and State Farm Policy Number 181 1659-B18-42, attached hereto as Exhibit A.

Respectfully submitted this 16th day of March, 2016.

LEWIS, THOMASON, KING,
KRIEG & WALDROP, P.C.


By: /s/*Christopher L. Vescovo*
      Christopher L. Vescovo (BPR #014516)
      2900 One Commerce Square, 40 S. Main St.
      Memphis, TN 38103
      901-525-8721
      cvescovo@lewisthomason.com


By: /s/*Bradford D. Telfeyan*
      Bradford D. Telfeyan (BPR (#024744)
      424 Church Street, Suite 2500
      P. O. Box 198615
      Nashville, TN 37219
      615-259-1366
      btelfeyan@LewisThomason.com

*Attorneys for Defendant, State Farm Mutual*
*Automobile Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served upon the following via the Court's electronic filing system, this 16th day of March, 2016.

Michelle M. Benjamin, Esq.
P. O. Box 177
Winchester, TN 37398

/s/*Bradford D. Telfeyan*
Bradford D. Telfeyan