UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| DEBORAH CLARK AND EDDIE CLARK, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:15-cv-46-TRM-SKL ) |
| STATE FARM MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## **O R D E R**

Before the Court is a motion of Attorney Michelle M. Benjamin ("Attorney Benjamin") to withdraw as counsel of record for Plaintiffs, Deborah Clark and Eddie Clark ("Plaintiffs"), pursuant to Local Rule 83.4(g) of the Eastern District of Tennessee [Doc. 15]. On May 5, 2016, the Court issued a notice of hearing for this motion [Docs. 16]. On May 20, 2016, Attorney Benjamin filed notice of Plaintiffs' consent [Doc. 17] along with Plaintiffs' signed consent for Attorney Benjamin's withdrawal as their counsel of record in this case [Doc. 17 at Page ID # 121]. Defendant did not file a response in opposition to Plaintiffs' motion, and the Court deems Defendant's failure to respond as a waiver of any opposition to the requested relief pursuant to E.D. Tenn. L.R. 7.2.

For good cause shown and based on Plaintiffs' consent to the withdrawal, Attorney Benjamin's motion to withdraw as counsel of record for Plaintiffs [Doc. 15] is **GRANTED**, and the Clerk is **DIRECTED** to terminate all current counsel of record for Plaintiffs in this matter. The hearing scheduled for May 27, 2016 is **CANCELLED**.

Within **30 days** Plaintiffs shall either (1) have a new attorney file a notice of appearance on their behalves; or (2) submit written notice informing the Court that Deborah Clark intends to represent herself pro se in this matter and that Eddie Clark intends to represent himself pro se in this matter. Plaintiffs are warned that **any failure to have an attorney file a notice of appearance on their behalves or to notify the Court of each Plaintiff's intention to proceed pro se within 30 days could result in dismissal of their case with prejudice**. The clerk is **DIRECTED** to mail a copy of this order to Plaintiffs at the address provided in the motion to withdraw [Doc. 15 at Page ID # 116].

SO ORDERED.

ENTER.

                                              s/ *Susan K. Lee*
                                              SUSAN K. LEE
                                              UNITED STATES MAGISTRATE JUDGE